Brian K. Ross, Esq. (SBN 163940)
LAW OFFICES OF BRIAN K. ROSS
THE DUBLIN TECH CENTER
11850 Dublin Blvd.
Dublin, California 94568
Telephone: (925) 803.9450
Facsimile: (925) 803.9472

Attorneys for Plaintiff EUGENE F. DANTZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE F. DANTZLER,

    Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO;

    Defendants.

NO. C16-3119

SUBSTITUTION OF ATTORNEY

Plaintiff EUGENE F. DANTZLER herby substitutes BRIAN K. ROSS, ESQ., 11850 Dublin Blvd., Dublin, California 94568, (925) 803.9450, as attorney of record in place and stead of EUGENE F. DANTZLER, In Pro Per.

Dated: June 30, 2016

    _____
    Plaintiff EUGENE F. DANTZLER
    In Pro Per

I consent to the above substitution.

Dates: June 30, 2016

    _____
    Plaintiff EUGENE F. DANTZLER
    In Pro Per

I am duly admitted to practice in this District. Above substitution accepted.

Dated: June 30, 2016

    _____
    BRIAN K. ROSS, ESQ.

SUBSTITUTION OF ATTORNEY - 1

1  Approved:

2  Dated: _____August 8_____, 2016

IT IS SO ORDERED

Judge Edward M. Chen

United States District Court
Northern District of California

SUBSTITUTION OF ATTORNEY - 2