1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | KATHARINE HOBIN PORTER, State Bar #173180
Chief Labor Attorney
3 | JENICA D. MALDONADO, State Bar #266982
Deputy City Attorney
4 | 1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
5 | Telephone: (415) 554-3915
E-Mail: jenica.maldonado@sfgov.org
6
7 | Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
8
9 | BRIAN K. ROSS, ESQ., State Bar #163940
11850 Dublin Avenue
10 | Dublin, California 94568
Telephone: (925) 803-9450
11
Attorney for Plaintiff
12 | EUGENE F. DANTZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EUGENE F. DANTZLER, | Case No. C16-3119 EMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES AND [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

THE PARTIES STIPULATE AS FOLLOWS:

1. The parties are currently scheduled to appear for an initial case management conference in the above-captioned matter on December 8, 2016 at 9:30 a.m.  Per the court's prior-related order, the parties were required to file a joint CMC statement and serve initial disclosures by December 1, 2016.

2. On Thursday, December 1, 2016, lead counsel for the City, Jenica Maldonado became ill. As a result, the parties were unable to file the joint CMC statement.

3. On Friday, December 2, 2016, Ms. Maldonado was admitted to the emergency room at California Pacific Medical Center for treatment.  The parties, thus, remained unable to file a statement jointly.

4. To date, Ms. Maldonado remains ill and, after obtaining opposing counsel's stipulation, the parties hereby request a continuance of the initial CMC to accommodate her illness.  The parties request a continuance until January 12, 2017 at 9:30 a.m., or the court's first availability thereafter. The parties likewise request that the Court continue the deadline to file an initial joint CMC statement and to serve initial disclosures until January 5, 2017.

Dated:  December 5, 2016

DENNIS J. HERRERA
City Attorney
KATHARINE HOBIN PORTER
Chief Labor Attorney
JENICA D. MALDONADO
Deputy City Attorney

By: /s/ Jenica D. Maldonado
JENICA D. MALDONADO

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  December 5, 2016

LAW OFFICES OF BRIAN K. ROSS

By: /s/ Brian K. Ross
BRIAN K. ROSS, ESQ.

Attorney for Plaintiff
EUGENE F. DANTZLER

**[PR~~OPO~~SED] ORDER**

Having considered parties' stipulation, and finding good cause, the Court grants the motion to continue the initial joint case management conference from December 8, 2016 until Janaury 12, 2017 at 9:30 a.m.  The joint CMC statement shall be filed by January 5, 2017.  The parties shall serve initial disclosures by January 5, 2017.

**IT IS SO ORDERED.**

Dated: 12/5/2016



_____
THE HONORABLE EDWARD M. CHEN